**COMMONWEALTH OF VIRGINIA**
**COUNTY OF FAIRFAX, to wit:**

I, John T. Frey, Clerk of the Circuit Court of Fairfax County, Virginia, the same being a Court of Probate and of Record and having a seal, do hereby certify that the foregoing and hereunto annexed paper is a true and complete copy of:

Abstract of Judgment rendered in the FAIRFAX CIRCUIT COURT on the 11/20/2015, in the case of NATIONAL GREEN GAS LLC versus ESTRATEGY INC and ONE SALUTE. Now on file and of record in Judgment book 235 at page 1354 in my office.

**IN TESTIMONY WHEREOF** I have hereunto set my hand and affixed the seal of the said Court hereto, at Fairfax, Virginia this:

27TH DAY OF SEPTEMBER, 2016                     _____
                                                                    Clerk's Signature

**COMMONWEALTH OF VIRGINIA**
**COUNTY OF FAIRFAX, to wit:**

I, Robert J. Smith, Judge of the Circuit Court of Fairfax County, Virginia, the same being a Court of Probate and of Record, do hereby certify that John T. Frey, whose genuine signature appears signed to the foregoing and hereunto annexed certificate and thereon written, was, at the date thereof, and is now, the Clerk of said Court, duly elected, qualified and authorized under the laws of said State to give the same, and all his official acts as such Clerk are entitled to full, faith and credit; and that the said certificate is in due form of law and by the proper officer. I further certify that I am well acquainted with the handwriting of said John T. Frey, Clerk as aforesaid, and that his said signature to the foregoing and hereunto annexed certificate is his usual and genuine signature.

_____
Judge's Signature

**COMMONWEALTH OF VIRGINIA**
**COUNTY OF FAIRFAX, to wit:**

I, John T. Frey, Clerk of the Circuit Court of Fairfax County, Virginia, the same being a Court of Probate and of Record and having a Seal, do hereby certify that the Honorable Robert J. Smith, whose genuine signature appears signed to the foregoing certificate and thereon written, was at the date thereof, and is now, the Judge of said Court and County, duly elected, qualified and authorized under the laws of the State of Virginia to give the same, and that all of his official acts as such Judge are entitled to full faith and credit.

I further certify that I am well acquainted with the handwriting of the said, Robert J. Smith, Judge, as aforesaid, and that the signature to the said Certificate is his usual and genuine signature.

**IN TESTIMONY WHEREOF** I have hereunto set my hand and affixed the seal of the said Court hereto, at Fairfax, Virginia this:

27TH DAY OF SEPTEMBER, 2016                     _____
                                                                    Clerk's Signature



EXHIBIT 1

# Abstract of Judgment
Fairfax Circuit Court

Case No.: CL20150011250
Judgment No.: 568825

## FAIRFAX CIRCUIT COURT
Where Rendered

| NATIONAL GREEN GAS LLC | Yes | VS | ESTRATEGY INC | Yes |
|---|---|---|---|---|
| Plaintiff Name | Firm | | Defendant Name | Firm |

SSN/ID　　　　　　　　　　　　　　　　　　　　　　　DOB

1600 SWIFT AVENUE SUITE 100 NORTH KANSAS CITY MISSOURI 64116
Address

ONE SALUTE　　　　　　　　　　　　　　　　　　　　Yes
Defendant Name　　　　　　　　　　　　　　　　　　　Firm

SSN/ID　　　　　　　　　　　　　　　　　　　　　　　DOB

1600 SWIFT AVENUE SUITE 100 NORTH KANSAS CITY MISSOURI 64116
Address

| 11/20/2015 | 12/07/2015 09:31:03 AM | GELBER & ASSOC PLLC |
|---|---|---|
| Date of Judgment | Docket Date/Time | Plaintiff Attorney Name |

Defendant Attorney Name

AMOUNT OF 453,349.25, ALL COSTS OF THIS ACTION AND INTEREST AT 6% FROM 07/01/2014
Judgment Description

### Executions

| Date Entered | Nature | Directed | Date Served | Date Returned | Return Nature | Costs |
|---|---|---|---|---|---|---|
| 08/01/2016 | FIFA90 | FAIRFAX COUNTY | | 10/30/2016 | | $83.50 |
| 08/23/2016 | FIFA90 | FAIRFAX COUNTY | | 11/21/2016 | | $83.50 |

### Updates
None

I certify that above to be a true abstract of a judgment docketed in this court.

Date: 9/27/16　　　　　　Deputy Clerk: Amandeep Kaur

Case 4:18-cv-00285-BCW   Document 1-1   Filed 04/13/18   Page 2 of 2