IN THE CIRCUIT COURT OF THE COUNTY OF ST. LOUIS
STATE OF MISSOURI

| | |
|---|---|
| NATIONAL GREEN GAS, L.L.C., a limited liability company, | ) ) ) |
| Plaintiff, | ) Case No. |
| vs. | ) ) Division No. |
| ESTRATEGY, INC., a corporation, d/b/a ONE SALUTE, | ) ) ) ) |
| Defendant. | ) |

## REGISTRATION OF FOREIGN JUDGMENT PURSUANT TO RULE 74.14

COMES NOW Plaintiff and pursuant to Rule 74.14 registers the attached Judgment entered in the Circuit Court of the County of Fairfax, Commonwealth of Virginia, on November 20, 2015, in the sum of $453,349.25.

The last known address of Plaintiff is C/O Vogler & Associates, LLC, 11756 Borman Drive, Suite 200, St. Louis, MO 63146.

The last known address of Defendant is 1600 Swift Avenue, Suite 100, North Kansas City, MO 64116.

VOGLER & ASSOCIATES, LLC

By: _/s/ Vincent D. Vogler_
VINCENT D. VOGLER (M.B.E. #25030)
DOUGLAS J. CLEVELAND (M.B.E. #67096)
Attorneys for Plaintiff
11756 Borman Drive, Suite 200
P.O. Box 419037
St. Louis, MO 63141-9037
(314) 567-7970
(314) 567-5053 (Fax)
E-Mail: voglaw@earthlink.net

EXHIBIT 2

1

The undersigned hereby certifies that the above allegations are true and correct to the best of his knowledge, information and belief.

_____
DOUGLAS J. CLEVELAND

Subscribed and sworn to before me on this 9th day of March, 2016.

_____
Notary Public

My commission expires:

> MICHAEL A. KASPEREK
> Notary Public - Notary Seal
> State of Missouri
> Commissioned for St. Louis City
> My Commission Expires: September 23, 2017
> Commission Number: 13546224

### CERTIFICATE OF SERVICE

A copy of the foregoing Registration of Foreign Judgment and attached Foreign Judgment were mailed via first-class mail, postage prepaid to 1600 Swift Avenue, Suite 100, North Kansas City, MO 64116, on this 9th day of March, 2016.

_____
DOUGLAS J. CLEVELAND

89144 030116 DJC/jp