UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| NATIONAL GREEN GAS L.L.C., | ) | |
| A Minnesota limited liability company | ) | JURY TRIAL DEMANDED |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 4:18-CV-00285-BCW |
| | ) | |
| ESTRATEGY, INC., a corporation, | ) | |
| BRIAN L. SEXTON and JAMILA | ) | |
| ALDASHEVA, individuals, d/b/a ONE SALUTE, | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANT ESTRATEGY'S CORPORATE OWNERSHIP STATEMENT

This Certificate of Interest is filed on behalf Defendant ESTRATEGY, INC in compliance with Federal Rule of Civil Procedure 7.

ESTRATEGY, INC hereby declares that it is a Delaware corporation with no parent corporation or subsidiaries or affiliates. No publicly owned corporation owns 10% or more of ESTRATEGY, INC.

**SCHULTZ & ASSOCIATES LLP**

By: /s/ Robert E. Schultz
Robert Schultz #35329
640 Cepi Drive, Suite A
Chesterfield, MO 63005-1221
(636) 537-4645
Fax: (636) 537-2599
rschultz@sl-lawyers.com

*Attorneys for Defendant Estrategy, Inc.*

1

## CERTIFICATE OF SERVICE

      I certify that on January 11, 2019, the foregoing was filed electronically with the Court's electronic filing system upon all registered counsel of record.

                                                          /s/ Robert Schultz