## <u>VERDICT</u>
## (FRAUDULENT TRANSFER)

Note: Complete this form by writing in the name required by your verdict.

On the claim of plaintiff National Green Gas for fraudulent transfer against

Brian Sexton, we, the undersigned jurors, find in favor of:

<u>plaintiff National Green Gas</u>

(plaintiff National Green Gas)          or          (defendant Brian Sexton)

Note: Complete the following paragraph only if one or more of the above findings

is in favor of plaintiff National Green Gas.

We, the undersigned jurors, assess the damages of Plaintiff National Green

Gas as follows:

For actual damages: $534,705.08 (*stating the amount*).

For punitive damages against Mr. Sexton: $1,600,000.00 (*state the*

*amount or, if none, write the word "none"*).

Note: All jurors who agree to the above findings must sign below:

[juror signatures]

# VERDICT
## (ALTER EGO)

Note:  Complete this form by writing in the name required by your verdict.

On the claim of plaintiff National Green Gas for alter ego against Brian

Sexton, we, the undersigned jurors, find in favor of:

_____ plaintiff National Green Gas _____

(plaintiff National Green Gas)           or           (defendant Brian Sexton)

Note:  All jurors who agree to the above findings must sign below: