IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

NATIONAL GREEN GAS, LLC., )
)
               Plaintiff, )
)
vs. ) Case No. 4:18-CV-00285-BCW
)
ESTRATEGY, INC., et al, )
)
               Defendants. )

**JUDGMENT IN A CIVIL CASE**

**X**    Jury Verdict. This action came before the Court for a trial by jury.

IT IS ORDERED AND ADJUDGED that JUDGMENT is entered in accordance with the jury verdict (Doc. # 303) filed this date.

                                                AT THE DIRECTION OF THE COURT

July 3, 2019                                  /s/Paige Wymore-Wynn
Dated                                            Court Executive

July 3, 2019                                  By: Joella Baldwin
Entered                                        Deputy Clerk